IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 315-013 |
| | * | |
| SUSAN ALLANA REGISTER | * | |

O R D E R

On June 21, 2016, this Court sentenced Defendant Susan Allana Register to 70 months imprisonment upon her guilty plea to conspiracy to distribute and possess with intent to distribute methamphetamine. On October 31, 2016, the Court received a letter from Defendant asking that the time she has served in a local county jail be counted toward her federal sentence. She also complains that she has not been transferred into the custody of the United States Bureau of Prisons ("BOP").[1]

Matters of credit for time served and other length of sentence determinations are better directed to the BOP and not this Court. Indeed, the BOP has the power to designate the housing state facility *nunc pro tunc* as the place of federal confinement so that a defendant may gain credit against a

---

[1] The Clerk docketed the letter as a motion to modify her federal sentence. Yet, Defendant is not seeking a sentence modification so much as a clarification that her county jail time will count toward her federal sentence.

federal sentence for the time served in the state facility. However, this is a decision within the discretion of the BOP. Any judicial challenge to the BOP's decision must be brought under 28 U.S.C. § 2241 in the district of *confinement* rather than in the sentencing court. Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991).

As of the date of this Order, Defendant is in transit to a BOP facility. Once she is in said facility, she is advised to direct her inquiries about time served in the county jail toward BOP officials. If she has some dispute, Defendant must exhaust her administrative remedies with the BOP before she can bring a § 2241 challenge in the district of her confinement. In short, this Court cannot help Defendant in this matter at this point, and in fact, her plea to any court is premature.

Upon the foregoing, Defendant's present motion (doc. no. 328) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of November, 2016.

UNITED STATES DISTRICT JUDGE