IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 315-013-4 |
| | * | |
| SUSAN ALLANA REGISTER | * | |

O R D E R

Before the Court in the captioned case is Defendant Susan Allana Register's request to terminate her term of supervised release. Register has been under the supervision of this district's Probation Office since her release in July 2019. During that time, Register has been in full compliance with the conditions of her release to include the imposed curfew. She has maintained steady employment and a stable residence. She was married last year and has taken custody of her youngest grandchild. She has also paid her financial obligations in full. Register's supervising probation officer does not oppose the motion, and the Government has deferred to the probation officer's judgment.

In light of Register's favorable adjustment to supervision, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Register's motion (doc. no. 358) is **GRANTED**. Susan Allana Register is hereby discharged from her term of supervised release. The Clerk is directed to send a copy of

this Order to Mr. Drew Walker of the United States Probation Office in Savannah, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE